## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 0:20-CV-60148-RKA

Plaintiff:
**DOUG LONGHINI**

vs.

Defendant:
**ROBERT S. BETTER, AS TRUSTEE UNDER REVOCABLE TRUST AGREEMENT**

For:
Alfredo Garcia-Menocal
GARCIA-MENOCAL & PEREZ, P.L
4937 SW 74th ct
Suite #3
Miami, FL 33155

Received by Lindsay Legal Services, Inc on the 24th day of January, 2020 at 10:20 am to be served on **ROBERT S. BETTER, 1031 IVES DAIRY ROAD, SUITE 228, MIAMI, FL 33179**.

I, Roberto Lindsay, do hereby affirm that on the **27th day of January, 2020** at **11:00 am**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **ROBERT S. BETTER** at the address of: **1031 IVES DAIRY ROAD, SUITE 228, MIAMI, FL 33179**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 70, Sex: M, Race/Skin Color: WHITE, Height: 170, Weight: 5'7, Hair: WHITE, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing documents, and that the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S.92.525(2)

Roberto Lindsay
C.P.S. 1094

Lindsay Legal Services, Inc
7105 SW 8th Street
Suite 307
Miami, FL 33144
(305) 273-0317

Our Job Serial Number: RLA-2020000254